# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES FRUGE

NO. 2024 KW 0123

**APRIL 4, 2024**

---

In Re:    James Fruge, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. unknown.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for clarification of sentence filed with the district court, the district court docket number, the name of the presiding district court judge, the date of arrest, date of birth, or other pertinent documentation necessary for this court to fully review the merits of the writ application.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT